UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        Petitioner )<br>)<br>V. )<br>)<br>JOHN S. GILBERT )<br>        Respondent ) | M.B.D. No.<br>04mbd10123 |

### AFFIDAVIT OF REVENUE OFFICER

I, Laura Moore, Revenue Officer of the Internal Revenue Service, state that the facts alleged by Michael Sullivan, United States Attorney for the District of Massachusetts, in the Petition to Enforce the Internal Revenue Service Summons which was served on John S. Gilbert, are true to the best of my knowledge and belief.

*Laura Moore*
Revenue Officer
Internal Revenue Service

Subscribed and sworn to before me at Stoneham, Ma., Massachusetts on the 9th day of December, 2003.

My Commission expires: Oct 18, 2007

*Frank Cantrell Jr*
NOTARY PUBLIC