UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
          Petitioner )
)
V. )
) M.B.D. No. 04-10123-GAO
JOHN S. GILBERT )
          Respondent )

## ORDER ENFORCING INTERNAL REVENUE SERVICE SUMMONS

The Petition to Enforce Internal Revenue Service Summons having come before United States __District Judge George A. O'Toole, Jr__ for hearing on __June 10, 2004__, and the respondent John S. Gilbert not having shown any cause why he should not obey the Summons issued to him on September 11, 2003:

IT IS ORDERED that John S. Gilbert obey the Summons and appear (with the documents described in the Summons) before Revenue Officer Laura Moore or any other officer of the Internal Revenue Service authorized to examine the records and take John S. Gilbert testimony on or before __July 9, 2004__ at __2 P__M at the office of the Internal Revenue Service, 1 Montvale Avenue, Stoneham, MA 02180, (781) 835-4250. Failure to comply with this order shall make the respondent liable for a finding of contempt of court.

_____
United States District Judge

_____
United States Magistrate Judge