SCANNED
DATE: 9-29-04
BY: _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

U.S. ATTORNEY'S OFFICE
2004 SEP 29 A 10: 26
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | )
UNITED STATES OF AMERICA, | )
Petitioner, | )
| )
v. | )    M.B.D. No. 04-10123-GAO
| )
JOHN S. GILBERT, | )
Respondent. | )
| )

**MOTION TO WITHDRAW PETITION
TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves this Court to withdraw its Petition to Enforce Internal Revenue Summons, which was filed with this Court on April 27, 2004.

The petitioner now seeks to withdraw because the respondent has complied with the Internal Revenue Service Summons, and this Court's Order Enforcing Internal Revenue Summons which was entered on June 10, 2004

Respectfully submitted:

MICHAEL J. SULLIVAN,
United States Attorney

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on
September 29, 2004
_Barbara Healy Smith_
Assistant U.S. Attorney

By: _Barbara Healy Smith_
BARBARA HEALY SMITH
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way  - Suite 9200
Boston, MA  02210
(617) 748-3282

10/5/04 Order, DJ - This motion is ALLOWED by the Gov't (Pet'ryr - Dy Clerk)

(7)